# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Latoya Platt ) ) ) ) ) *Plaintiff(s)* ) v. ) ) Dana Bishop and ) W A H Enterprises, Inc., d/b/a Star Auto Sales, ) ) ) *Defendant(s)* ) | Civil Action No. 3:15cv312 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  W A H Enterprises, Inc., d/b/a Star Auto Sales
c/o Lee Robert Arzt, Registered Agent
6802 Paragon Place, Suite 220
Richmond, VA 23230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dale W. Pittman
The Law Office of Dale W. Pittman, PC     and amended complaint
112-A W. Tabb St.
Petersburg, VA 23803
804-861-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 2 3 2015

D. Beal
*Signature of Clerk or Deputy Clerk*

## The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

07/31/15

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Latoya Platt | **Court:** | United States District Court |
| **Defendant:** | Dana Bishop, et al | **Case:** | 3:15cv312 |
| **Serve:** | W A H Enterprises<br>R/A Lee Robert Arzt<br>6802 Paragon Pl, Ste 220<br>Richmond, VA 23230 | **Return Date:**<br>**Time:** | |
| **Contact:** | Dale W. Pittman<br>112 - A West Tabb Street<br>Petersburg, VA 23803 | **Phone:**<br>**Reference:** | (804) 861-6000 |

**Type(s) of Writ(s)** paper:1857640

Summons in a Civil Action      Amended Complaint

Witness/Defendant W A H Enterprises was served according to law, as indicated below:
**X PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _DEAN BRUCE_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: 8-3-15        Served Time: 1218

_____
Signature of Process Server

**Notary**
State of: Virginia        County/City of: Henrico, VA Beach, Prince William, Rockingham.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this __4__ day of Jul/Aug 20_15_
Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 387424 | Same Day Rush: No | 1 Day Rush: No | 2 Day Rush: No | |
|---|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -** _LEE ROBERT ARZT R/A_

